# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                v.                                   Crim. No. 5:21-CR-410-1FL

**GREGORY CLARK**

      On February 10, 2021, the above named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/Timothy L. Gupton  
                                                Timothy L. Gupton  
                                                Senior U.S. Probation Officer  
                                                310 New Bern Avenue, Room 610  
                                                Raleigh, NC 27601-1441  
                                                Phone: 919-861-8686  
                                                Executed On: November 18, 2022

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   23rd   day of   November  , 2022.

                                                Louise W. Flanagan  
                                                U.S. District Judge